IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THOMAS CASILLAS** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 04-2642** |
| | : | |
| **JAMES L. GRACE, ET AL.** | : | |

## ORDER

**AND NOW**, this 11th day of January, 2006, upon consideration of the Petition for Writ of Habeas Corpus (Document No. 1), the Respondents' supplemental response to Petition for Writ of Habeas Corpus, the petitioner's Traverse, the Report and Recommendation filed by United States Magistrate Judge Thomas J. Rueter and Petitioner's Objections to Magistrate's Report and Recommendation, and after a thorough and independent review of the record, it is **ORDERED** that:

1)   The Report and Recommendation of Magistrate Judge Rueter is **APPROVED** and **ADOPTED**;

2)   The Petition for Writ of Habeas Corpus is **DENIED** and **DISMISSED**; and,

3)   There is no probable cause to issue a certificate of appealability.

          /s/
TIMOTHY J. SAVAGE, J.